## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Canteberry, Michael
Canteberry, Barbara
Printed: 11/25/08

Case Number:  08 B 14144
Judge:  Squires, John H
Filed:  6/2/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  August 27, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,086.26 |  |
| Secured: |  | 323.84 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,353.00 |
| Trustee Fee: |  | 188.79 |
| Other Funds: |  | 220.63 |
| Totals: | 3,086.26 | 3,086.26 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,353.00 | 2,353.00 |
| 2. | Accredited Home Lenders | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Financial Illinois Inc | Secured | 7,800.00 | 323.84 |
| 4. | Cook County Treasurer | Secured | 5,172.00 | 0.00 |
| 5. | Accredited Home Lenders | Secured | 35,000.00 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 760.69 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 1,457.11 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 541.74 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 537.71 | 0.00 |
| 10. | Nicor Gas | Unsecured | 1,127.18 | 0.00 |
| 11. | Cook County Treasurer | Unsecured | 2,451.64 | 0.00 |
| 12. | Wells Fargo Financial Illinois Inc | Unsecured | 648.57 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 1,810.43 | 0.00 |
| 14. | Illinois Dept Of Healthcare And Family | Priority | | No Claim Filed |
| 15. | Internal Revenue Service | Priority | | No Claim Filed |
| 16. | State Disbursement Unit IDPA | Priority | | No Claim Filed |
| 17. | Credit Protection Association | Unsecured | | No Claim Filed |
| 18. | Armor Systems Co | Unsecured | | No Claim Filed |
| 19. | AFNI | Unsecured | | No Claim Filed |
| 20. | Capital One | Unsecured | | No Claim Filed |
| 21. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 22. | CCA | Unsecured | | No Claim Filed |
| 23. | Diversified Collection Service | Unsecured | | No Claim Filed |
| 24. | JNR | Unsecured | | No Claim Filed |
| 25. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 26. | JNR | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Canteberry, Michael
Canteberry, Barbara
Printed: 11/25/08

Case Number:  08 B 14144
Judge:  Squires, John H
Filed:  6/2/08

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | JNR | Unsecured | | No Claim Filed |
| 28. | JNR | Unsecured | | No Claim Filed |
| 29. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 30. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 31. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 32. | Professional Account Management | Unsecured | | No Claim Filed |
| 33. | Professional Account Management | Unsecured | | No Claim Filed |
| 34. | Resurgent Capital Services | Unsecured | | No Claim Filed |
| 35. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| | | | $ 59,660.07 | $ 2,676.84 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 22.52 |
| 6.6% | 166.27 |
| | $ 188.79 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

